# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2914
_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Dewayne Brown

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: March 17, 2026
Filed: March 20, 2026
[Unpublished]
_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Anthony Brown appeals the district court's[1] revocation judgment entered upon a finding that he committed two violations, and sentencing him to a within-Guidelines

_____

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

term of 11 months in prison, with no term of supervision to follow, as requested by the parties. The district court determined after a hearing that the government had established by a preponderance of the evidence that Brown committed an assault and violated a no-contact order, both in violation of the conditions of his supervised release. Following our review of the proceedings, we conclude that the district court did not commit clear error or abuse its discretion. *See* 18 U.S.C. § 3583(e)(3) (authorizing court to revoke term of supervised release if it finds by preponderance of evidence that defendant violated condition of supervision); *United States v. Black Bear,* 542 F.3d 249, 252 (8th Cir. 2008) (decision to revoke supervised release is reviewed for abuse of discretion and subsidiary finding as to whether violation occurred is reviewed for clear error).

The judgment is affirmed, and counsel's motion to withdraw is granted.

_____